BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766

FILED

DEC 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:11-CR-0537 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| TROY STRATOS, aka Troy David Stafford, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Dec 16, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1