```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00537 LKK |
| Plaintiff, | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | [18 U.S.C. § 3161(h)] |
| TROY STRATOS, | |
| Defendant. | |

The parties appeared before the Court for a status hearing on January 31, 2012.  David Weiner, Esq., specially appeared for Walter Urban, Esq., who is counsel of record for Defendant.  Mr. Weiner represented to the Court that Mr. Urban is currently representing a different client in a trial in the Central District of California, and requested that the matter be continued to February 7, 2012, to allow for his preparation for this case.  Additionally, upon advisement by the Court of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, Defendant Troy Stratos acknowledged his rights and stipulated to the exclusion of time until February 7, 2012 with respect to a trial within 70 days of his indictment.

1

1   Furthermore, during the detention hearing before the Honorable
2 Edmund F. Brennan, the United States represented to the Court that
3 Defendant has been provided in discovery approximately 800 pages of
4 documents and seven DVDs containing audio recordings, and that
5 Defendant has been informed there are approximately 42 boxes of
6 additional documents available for his review.  The Court, Magistrate
7 Judge Brennan presiding, found that the case was complex under Local
8 Code T2, which corresponds to the provisions under 18 U.S.C.
9 § 3161(h)(7)(B)(ii), and that defense counsel needed time to prepare
10 for his client's defense under Local Code T4, which corresponds to the
11 provisions under 18 U.S.C. § 3161(h)(7)(B)(iv).
12   For the foregoing reasons, the Court finds that trial delay and
13 exclusion of time is necessary to provide defense counsel reasonable
14 time to prepare his client's defense taking into account due
15 diligence.  The Court further finds that the ends of justice to be
16 served by granting the requested continuance outweigh the best
17 interests of the public and the defendant in a speedy trial.
18   Accordingly, IT IS HEREBY ORDERED that, the time period from
19 January 31, 2012, to February 7, 2012, is EXCLUDED under the Speedy
20 Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4,
21 due to the need to provide defense counsel with the reasonable time to
22 prepare.

                                    IT IS SO ORDERED.

DATED: February 2, 2012

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT