1 BENJAMIN B. WAGNER
  United States Attorney
2 TODD A. PICKLES
  Assistant United States Attorney
3 501 I Street, Suite 10-100
  Sacramento, CA  95814
4 Main:     (916) 554-2700
  Facsimile: (916) 554-2900

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CASE NO.  2:11-CR-00537 LKK
                                    )
12                   Plaintiff,     ) **ORDER EXCLUDING TIME UNDER**
                                    ) **THE SPEEDY TRIAL ACT**
13 v.                               )
                                    ) [18 U.S.C. § 3161(h)]
14 TROY STRATOS,                    )
                                    )
15                   Defendant.     )
                                    )
16 _____  )

17

18     The parties appeared before the Court for a status hearing on

19 February 7, 2012.  Walter Urban, Esq., counsel of record for

20 Defendant, requested that the matter be continued to March 6, 2012,

21 for a further status.  Mr. Urban represented that he had received a

22 large volume of discovery from the United States which he needed time

23 to review, and advised the Court that the Honorable Edmund F. Brennan,

24 U.S. Magistrate Judge, had found the matter complex.  The United

25 States concurred in Mr. Urban's request for a continuance with an

26 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

27 Additionally, upon advisement by the Court of his rights under the

28 Speedy Trial Act, Defendant Troy Stratos acknowledged his rights and

                                   1

1  stipulated to the exclusion of time until March 6, 2012 with respect

2  to a trial within 70 days of his indictment.

3       Furthermore, during the detention hearing before the Judge

4  Brennan, the United States represented to the Court that Defendant has

5  been provided in discovery approximately 800 pages of documents and

6  seven DVDs containing audio recordings, and that Defendant has been

7  informed there are approximately 42 boxes of additional documents

8  available for his review.  The Court, Judge Brennan presiding, found

9  that the case was complex under Local Code T2, which corresponds to

10 the provisions under 18 U.S.C. § 3161(h)(7)(B)(ii), and that defense

11 counsel needed time to prepare for his client's defense under Local

12 Code T4, which corresponds to the provisions under 18 U.S.C.

13 § 3161(h)(7)(B)(iv).

14      For the foregoing reasons, the Court finds that trial delay and

15 exclusion of time is necessary to provide defense counsel reasonable

16 time to prepare his client's defense taking into account due

17 diligence.  The Court further finds that the ends of justice to be

18 served by granting the requested continuance outweigh the best

19 interests of the public and the defendant in a speedy trial.

20      Accordingly, IT IS HEREBY ORDERED that, the time period from

21 February 7, 2012, to March 6, 2012, is EXCLUDED under the Speedy Trial

22 Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to

23 the need to provide defense counsel with the reasonable time to

24 prepare.

25                          IT IS SO ORDERED.

26

27 DATED: _February 13, 2012____   _____
                                   LAWRENCE K. KARLTON
28                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

                                    2