BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00537 LKK |
| Plaintiff, | **STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| TROY STRATOS, | [18 U.S.C. § 3161(h)] |
| Defendant. | |

**STIPULATION**

This case is currently scheduled for a status hearing on March 6, 2012.  The United States has communicated with counsel for the Defendant, and has been informed that he needs additional time to review discovery, which includes approximately 800 pages of documents, seven DVDs containing audio recordings, approximately 42 boxes of additional documents available for his review.  Defendant has also requested copies of recorded calls made by Defendant while in custody that are in the possession of the United States, and the United States is in the process of copying and providing those documents.  Further, defense counsel has informed the United States that he is preparing a possible bail review motion to be filed with the Honorable Edmund F. Brennan.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense

taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled in this case for March 6, 2012, should be continued until April 10, 2012 at 9:15 a.m.  In addition, the parties stipulate that the time period from March 6, 2012, to April 10, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.  A proposed order is attached below for the Court's convenience.

    IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

DATED: March 2, 2012

By:  */s/ Todd A. Pickles for*
WALTER URBAN

For Defendant Troy Stratos

## **ORDER**

Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause appearing there from, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status hearing currently scheduled for March 6, 2012, is VACATED and that the case is SET for a status hearing on April 10, 2012, at 9:15 a.m.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from March 6, 2012, through April 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

DATED:  March 2, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3