Name and address:
DAVID WEINER
LAW OFFICE OF DAVID WEINER
3350 Country Club Drive, Suite 202
Cameron Park, CA 95682
Telephone: (530) 677-9487
Facsimile: (530) 677-2955

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:11-CR-00537-LKK |
| v. | |
| Troy Stratos | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY ASSOCIATION |
| Defendant(s). | |

The Court hereby orders that the request of:

_____Troy Stratos_____ ☐ Plaintiff  X Defendant  ☐ Other _____
*Name of Party*

to ~~substitute~~ associate David Weiner _____ who is

X Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____3350 Country Club Drive, Suite 202_____
*Street Address*

_____Cameron Park, CA 95682_____    _____Courtney.Brophy@gmail.com_____
*City, State, Zip*                                *E-Mail Address*

_____(530) 677-9487_____    _____(530) 677-2955_____    _____56391_____
*Telephone Number*                  *Fax Number*                       *State Bar Number*

as attorney of record in association with ~~place and stead of~~ Walter Urban
                                                                *Present Attorney*

is hereby    ☐ GRANTED    ☐ DENIED

Dated _____MARCH 21, 2012_____    [signature: Lawrence K. Karlton]
                                              U. S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.