BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TROY STRATOS,<br><br>        Defendant. | CASE NO. 2:11-CR-00537 LKK<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>[18 U.S.C. § 3161(h)] |

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

      1.      By previous order, this matter was set for status on September 5, 2012.

      2.      By this stipulation, defendant now moves to continue the status conference until November 6, 2012 and to exclude time between September 5, 2012 and November 6, 2012 under Local Code T4.  The United States does not oppose this request.

      3.      The parties agree and stipulate, and request that the Court find the following:

          a.      The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form amounting to approximately 800 pages of documents, seven DVDs containing audio recordings, and copies of hundreds of recorded calls made by Defendant while in custody.  All of this discovery has been produced directly

to counsel.  Additionally, the United States has made available for review and copying approximately 42 boxes of additional documents.

   b. After consultation, Mr. Stratos and his counsel desire additional time to consult, to review discovery, and to prepare for trial.

   c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The United States does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 5, 2012 to November 6, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1  IT IS SO STIPULATED.

2  Dated: September 4, 2012                BENJAMIN B. WAGNER
                                           United States Attorney
3
4                                    By:   /s/ Todd A. Pickles
                                           TODD A. PICKLES
5                                          Assistant U.S. Attorney

6                                          For the United States of America

7

8  Dated: September 4, 2012         By:    /s/ Todd A. Pickles for
                                           DAVID WEINER, Esq.
9
10                                         For Defendant Troy Stratos

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of September, 2012.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3