BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:11-CR-00537 LKK |
| ) | |
| Plaintiff, ) | **ORDER EXCLUDING TIME** |
| ) | **UNDER THE SPEEDY TRIAL ACT** |
| v. ) | |
| ) | [18 U.S.C. § 3161(h)] |
| TROY STRATOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant filed a motion to revoke detention order on November 5, 2012 [Dckt. No. 42], and the parties appeared before the Court for a status hearing on November 6, 2012.  At the parties' request, Defendant's motion was set for hearing on December 4, 2012 at 9:15 a.m.

Accordingly, IT IS HEREBY ORDERED that the time period from November 5, 2012, to December 4, 2012, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), and Local Code E, due to defendant's pending pretrial motion.

IT IS SO ORDERED.

DATED:  November 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT