JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-537 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE AND EXCLUDING TIME** |
| ) | |
| TROY STRATOS, ) | |
| ) | Date:  March 19, 2013 |
| Defendant. ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos through his attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Todd Pickles, that the status conference as to defendant Russo, scheduled for March 19, 2013, may be continued to May 21, 2013, at 9:15 a.m.

The federal defender was appointed in February to represent Mr. Stratos.  Assigned counsel has begun reviewing discovery, which is voluminous, and assembling a defense team.  The charges against Mr. Stratos arise from events occurring over five years ago and a lengthy investigation is likely to consume much of the year.  New counsel hopes to have a better sense by mid-May about what will be needed for future scheduling purposes.

1       Because of the new appointment and need for time to prepare, the
2  parties agree that the interests of justice to be served by a continuance
3  outweigh the best interests of the public and Mr. Stratos in a speedy
4  trial.  The pasties ask the Court to exclude time under the Speedy Trial
5  Act through May 21, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
6  (B)(iv).

                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated:   March 14, 2013                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for TROY STRATOS


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   March 14, 2013                 /s/ T. Zindel for T. Pickles
                                        TODD PICKLES
                                        Assistant U.S. Attorney


                              **O R D E R**

       The status conference is continued to May 21, 2013, at 9:15 a.m.  The
Court finds that the ends of justice to be served by a continuance
outweigh the best interests of the public and the defendant in a speedy
trial and orders time exclude through May 21, 2013, for the reasons set
forth above.

       IT IS SO ORDERED.


Dated:   March 14 ,2013                 _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT