HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TROY STRATOS,<br><br>          Defendant. | Case No. 2:11-CR-537 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:     May 21, 2013<br>Time:     9:15 a.m.<br>Judge:    Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos through his attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Todd Pickles, that the status conference scheduled for May 21, 2013, may be continued to July 23, 2013, at 9:15 a.m.

The federal defender was appointed in February to represent Mr. Stratos.  Assigned counsel is still reviewing the extensive discovery. The charges against Mr. Stratos arise from events occurring over five years ago and investigation continues to require substantial time and effort.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Stratos in a speedy trial and thus ask the Court to exclude time under the Speedy

Trial Act through July 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:  May 16, 2013                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for TROY STRATOS


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  May 16, 2013                /s/ T. Zindel for T. Pickles
                                    TODD PICKLES
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to July 23, 2013, at 9:15 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time exclude through July 23, 2013, for the reasons set forth above.

IT IS SO ORDERED.

Dated:  May 20, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT