HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TROY STRATOS,<br><br>            Defendant. | Case No. 2:11-CR-537 LKK<br><br>**ORDER AFTER HEARING**<br><br>Date:   July 23, 2013<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

At a status conference on July 23, 2013, at the request of the parties, the Court scheduled a status conference for September 17, 2013, at 9:15 a.m.  The Court also ordered time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), at the request of the parties to afford counsel reasonable time to prepare in light of the recent superseding indictment and the prospect of additional discovery.

/////

/////

/////

1        Based on the parties' representations, the Court finds that the ends
2   of justice to be served by a continuance outweigh the best interests of
3   the public and the defendant in a speedy trial and orders time excluded
4   through September 17, 2013, for the reasons stated above.
5        IT IS SO ORDERED.

7   Dated:   July 23, 2013

         _____
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT