HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-537 LKK |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER SETTING** |
| v. | ) | **BRIEFING AND HEARING SCHEDULE** |
| | ) | **AND EXCLUDING TIME** |
| TROY STRATOS, | ) | |
| | ) | |
| Defendant. | ) | Date:   September 17, 2013 |
| | ) | Time:   9:15 a.m. |
| | ) | Judge:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos through his attorneys, Heather Williams and Timothy Zindel, and plaintiff, United States of America, through its attorney, Todd Pickles, that the status conference scheduled for September 17, 2013, may be vacated and the following schedule set for briefing and hearing on a motion to sever counts.

    Defendant's brief due        November 26, 2013

    Opposition due               December 24, 2013

    Reply due                     January 7, 2014

    Hearing                        January 14, 2014, at 9:15 a.m.

1  The pending indictment was substantially broadened in late May by the
2 addition of separate charges unrelated to those in the original
3 indictment.  The parties continue to investigate the case but agree at
4 this point to litigate a motion to sever counts so that the case may move
5 forward.  Because of extensive investigation needed to prepare the case
6 for trial, the parties agree that the interests of justice to be served
7 by a continuance outweigh the best interests of the public and Mr. Stratos
8 in a speedy trial and thus ask the Court to exclude time under the Speedy
9 Trial Act through January 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A)
10 and (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   September 13, 2013          /s/ T. Zindel & H. Williams
                                     HEATHER WILLIAMS
                                     Federal Defender
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorneys for TROY STRATOS


                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated:   September 13, 2013          /s/ T. Zindel for T. Pickles
                                     TODD PICKLES
                                     Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////

**O R D E R**

The above schedule for briefing and hearing is adopted.  Based on the parties' representations, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time exclude through January 14, 2014, for the reasons set forth above.

IT IS SO ORDERED.

Dated:   September 16, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT