HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorneys for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 2:11-CR-0537 LKK |
| Plaintiff,                     ) | |
|                                    ) | **AMENDED ORDER AFTER HEARING** |
| vs.                    ) | |
|                                    ) | |
| TROY STRATOS,                     ) | |
|                                    ) | Judge:  Hon. Lawrence K. Karlton |
| Defendant.                   ) | |

This Order memorializes the status conference held January 14, 2014, after hearing on defendant's motion to sever counts.

The Court scheduled a further status conference for March 18, 2014, at 9:15 a.m., and ordered time excluded through that date under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  With the concurrence of the parties, the Court found that the ends of justice served by a continuance (needed to afford both parties reasonable time to review voluminous discovery and determine

-1-

whether additional pretrial motions are warranted) outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   January 21, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT