BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>TROY STRATOS,<br><br>           Defendant. | CASE NO.  2:11-CR-00537 LKK<br><br>**ORDER EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT**<br><br>[18 U.S.C. § 3161(h)] |

On March 18, 2014, the parties appeared before the Court for a status hearing.  At the request of the United States, the Court set the matter for trial on Counts 1-11, 16-17, and 20 for November 4, 2014, with a trial confirmation hearing set for October 15, 2014 at 9:15 a.m.  The defense represented to the Court that they needed the time between March 18, 2014 and November 4, 2014 to prepare for trial, including reviewing electronic versions of discovery previously made available to the defense, the volume of which is in excess of 10,000 pages.

For the foregoing reasons, the Court finds that trial delay and exclusion of time is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.  The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, the time period from March 18, 2014, to November 4, 2014, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and Local Codes T2 (18 U.S.C. § 3161(h)(7)(B)(ii)) and T4 (18 U.S.C. § 3161(h)(7)(B)(iv)), due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

DATED: March 26, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT