HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY L. ZINDEL, #158377
NOA E. OREN, # 297100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
heather_williams@fd.org
timothy_zindel@fd.org
noa_oren@fd.org

Attorneys for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-537-TLN |
| Plaintiff, | ORDER TO SEAL SUPPLEMENTAL REGARDING DENNIS RUSH AND INSTANT MOTION |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted, sealing the Request, Declaration of Heather E. Williams, and the Supplemental filing re: Rush.

Dated:  March 5, 2015

_____
Troy L. Nunley
United States District Judge