BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TROY STRATOS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:11-CR-00537 TLN<br><br>**STIPULATION AND ORDER RE EARLY PRODUCTION OF GRAND JURY TESTIMONY**<br><br>Date:　　May 4, 2015<br>Time:　　9:00 a.m.<br>Judge:　 Honorable Troy L. Nunley<br>Place:　　Courtroom 2, 15th Floor |

### STIPULATION

The United States, through Assistant United States Attorneys Todd A. Pickles and Jared C. Dolan, and the defendant, Troy Stratos, through his counsel of record Heather Williams, Federal Public Defender, and Timothy Zindel and Noa Oren, Assistant Federal Defenders, hereby stipulate to the following:

1.　This matter is currently set for trial before this Court on May 4, 2015 on Counts 12-15 and 18 and 19 of the Superseding Indictment.

2.　To the extent that any of the witnesses who the United States will call in its case-in-chief have previously testified before the Grand Jury regarding the subject-matter of their testimony, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et*

*seq.*

3. In order to facilitate the efficient presentation of evidence by both parties, the parties believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

4. Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendant a copy of any Grand Jury testimony of any witness that the United States intends to call as a witness in its case-in-chief.

5. The parties further agree and stipulate that any such Grand Jury transcripts produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclose or provide copies of such transcripts, or summaries of their contents, to any individuals other than the defendant or any individuals that counsel has retained for the defense in this case.  Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial

IT IS SO STIPULATED.

Dated:  March 25, 2015                                         BENJAMIN B. WAGNER
                                                               United States Attorney

                                                               */s/ Todd A. Pickles*
                                                               TODD A. PICKLES
                                                               JARED C. DOLAN
                                                               Assistant United States Attorneys

Dated: March 25, 2015

                                                                */s/ Heather S. Williams*
                                                               HEATHER WILLIAMS
                                                               Federal Public Defender
                                                               TIMOTHY ZINDEL
                                                               NOA OREN
                                                               Assistant Federal Defenders

                                                               For Defendant Troy Stratos

Stipulation re: Grand Jury Transcripts                    2

**ORDER**

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to defendant copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated:  March 26, 2015

Troy L. Nunley
United States District Judge