IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TROY DAVID STRATOS, <br><br> Defendant. | Case No. 2:11-CR-00537-TLN <br><br> **O R D E R** <br> **TO FILE UNDER SEAL DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 2 FOR ADMISSION OF EVIDENCE FROM STRATOS'S ATTORNEYS** |

Upon Defendant TROY DAVID STRATOS' Notice of Request to Seal his Opposition to the Government's Motion *in Limine* No. 2 for Admission of Evidence from Stratos's Attorneys, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and directing the Clerk of the Court to place Defendant's Opposition to the Government's Motion *in Limine* No. 2 for Admission of Evidence from Stratos's Attorneys **UNDER SEAL** pursuant to Fed.R.Crim.Proc. 6(e)(6).

Dated:  April 22, 2015

_____
Troy L. Nunley
United States District Judge