IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TROY DAVID STRATOS,<br><br>Defendant. | Case No. 2:11-CR-00537-TLN<br><br>**O R D E R**<br>**TO FILE UNDER SEAL**<br>**DEFENDANT'S OPPOSITION TO**<br>**MOTION TO EXCLUDE DEFENSE**<br>**EXHIBITS (Dkt. 182)** |

Upon Defendant TROY DAVID STRATOS' Notice of Request to Seal his Opposition to Motion to Exclude Defense Exhibits (Dkt. 182), and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and directing the Clerk of the Court to place Defendant's Opposition to Motion to Exclude Defense Exhibits (Dkt. 182) **UNDER SEAL**.

Dated:  May 5, 2015

_____
Troy L. Nunley
United States District Judge