THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>TROY STRATOS,<br>        Defendant. | Case No.: 2:11-cr-00537-TLN<br><br>EX PARTE REQUEST FOR TRANSCRIPT OF THE *MARSDEN* HEARING; REQUEST TO KEEP RECORDS SEALED |

### **REQUEST FOR TRANSCRIPT OF THE MARSDEN HEARING**

On July 30, 2015, a *Marsden* motion hearing occurred before the Honorable Troy L. Nunley. Defendant, Troy Stratos, hereby requests the court for an order to produce the transcripts to Defendant and order that the transcripts remain sealed. Defense counsel was recently appointed after the conclusion of the *Marsden* hearing where Mr. Stratos's former counsel was relieved. Defense counsel needs to review the transcripts in order to assess what legal procedures are needed in this case. Therefore, Defendant requests the Court order the transcript of the *Marsden* hearing be provided to defense counsel. It is also requested that the transcript remains sealed.

Dated: August 27, 2015

Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Troy Stratos

1

1    **ORDER**

2    **IT IS SO ORDERED.**

3    Dated:  September 1, 2015

Troy L. Nunley
United States District Judge

2