THOMAS A. JOHNSON, SBN #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Troy Stratos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TROY STRATOS,<br><br>    Defendant(s). | Case No.: 2:11-cr-00537-TLN<br><br>STIPULATION AND ORDER FOR AMENDMENT OF THE BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the briefing schedule should be amended as follows:

| | |
|---|---|
| Defendant's Motion filed by: | November 24, 2015 |
| Government's Opposition filed by: | December 10, 2015 |
| Defendant's Reply filed by: | December 17, 2015 |

Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Attorney for Defendant, both agree to the amended briefing schedule. The Motion Hearing is currently set for January 7, 2016, and does not need to be moved.

**IT IS SO STIPULATED.**

- 1 -

| | | | |
|---|---|---|---|
| 1 | DATED:  November 10, 2015 | By: | /s/ Thomas A. Johnson |
| 2 | | | THOMAS A. JOHNSON |
| | | | Attorney for Defendant |
| 3 | | | TROY STRATOS |

DATED: November 10, 2015        BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ Thomas A. Johnson for
                                TODD PICKLES
                                Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: November 10, 2015

_____
Troy L. Nunley
United States District Judge

- 2 -