UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00537-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| TROY STRATOS, | |
| Defendant. | |

On November 30, 2015, the United States of America ("Government") filed a motion for discovery asking, among other requests, for this Court to unseal portions of Defendant Troy Stratos' ("Defendant") *Marsden* hearing, which took place before this Court on July 30, 2015. (ECF No. 241.)  On December 10, 2015, the Court granted the Government's motion with respect to the transcript of Defendant's *Marsden* hearing and set a date for an evidentiary hearing to address the remaining discovery issues presented in the Government's motion. (ECF No. 244.)

The Court hereby finds that certain information within the transcript of Defendant's *Marsden* hearing is no longer protected by attorney-client privilege because it is the subject of Defendant's motion for new trial (ECF No. 238).  Where a defendant "raises a claim of ineffective assistance of counsel, he waives the attorney-client privilege as to all communications with his allegedly ineffective lawyer." *Bittaker v. Woodford*, 331 F.3d 715, 716 (9th Cir. 2003).

1

In his motion, Defendant argues that his trial attorney was ineffective because she failed to properly advise him of his right to testify at trial. The Ninth Circuit has adopted a strong presumption in favor of public access of court records. K*amakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Therefore, the Court finds that it is appropriate to unseal all portions of Defendant's *Marsden* hearing transcript that relate to Defendant's right to testify at trial.

The Court has reviewed the transcript (ECF No. 235) and identified certain portions that are to be unsealed and provided to the Government. The Court provides the page and line numbers of those portions as follows:

- Page 7, line 11 – Page 8, line 22;
- Page 36, line 12 – Page 40, line 7;
- Page 64, lines 4–25; and
- Page 65, lines 4–9.

Defendant and his counsel are instructed to review these designated portions and file any opposition to the unsealing of those portions with this Court within ten days of the entry of this Order.

**IT IS SO ORDERED.**

Dated:  January 6, 2016

Troy L. Nunley
United States District Judge