BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00537 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING EVIDENTIARY HEARING ON DEFENDANT'S NEW TRIAL MOTION AND SETTING BRIEFING SCHEDULE AND HEARING ON MOTION** |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

## STIPULATION

The United States, through Assistant United States Attorneys Todd A. Pickles and Jared C. Dolan, and the defendant, Troy Stratos, through his counsel of record Thomas A. Johnson, Esq., hereby stipulate to the following:

1. On November 24, 2015, Stratos filed a motion for new trial alleging ineffective assistance of counsel. Pursuant to the Court's order, the parties interviewed Stratos's former counsel on February 9, 2016.

2. The parties believe that it is more efficient to proceed by way of stipulated testimony with respect to Stratos's former counsel and brief the matter based on that testimony. As such, an evidentiary hearing will be unnecessary at this time.

3. Accordingly, the parties jointly request the evidentiary hearing set for February 19, 2016 be vacated. Instead, the parties further request that the Court set the following briefing schedule:

(1) The United States shall file an opposition on or before February 29, 2016.

(2) Strato's reply brief, if any, will be filed on or before March 10, 2016.

(3) A hearing on the motion will be set for March 17, 2016 at 9:30 a.m.

IT IS SO STIPULATED AND REQUESTED.

Dated:  February 17, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
JARED C. DOLAN
Assistant United States Attorneys

Dated: February 17, 2016

*/s/ Thomas A. Johnson*
THOMAS A. JOHNSON, Esq.

For Defendant Troy Stratos

Stipulation re: Schedule on Defendant's New Trial Motion

2

**ORDER**

This matter came before the Court on the parties' Stipulation and Request to Vacate the Evidentiary Hearing and Set a Briefing Schedule and Hearing on Defendant's Motion for New Trial. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ADOPTS the parties' stipulation and ORDERS THAT the evidentiary hearing set for February 19, 2016 is vacated and that the following schedule is set:

(1) The United States shall file an opposition on or before February 29, 2016.

(2) Strato's reply brief, if any, will be filed on or before March 10, 2016.

(3) A hearing on the motion will be set for March 17, 2016 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  February 17, 2016

Troy L. Nunley
United States District Judge

Stipulation re: Schedule on Defendant's New Trial Motion

3