1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
JARED C. DOLAN
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00537 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REFERRING MATTER TO PROBATION OFFICE FOR PREPARATION OF A DRAFT PRESENTENCE INVESTIGATION REPORT** |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

## STIPULATION

The United States, through Assistant United States Attorneys Todd A. Pickles and Jared C. Dolan, and the defendant, Troy Stratos, through his counsel of record Thomas A. Johnson, Esq., hereby stipulate to the following:

1. On May 19, 2015 Stratos was convicted on Counts 12-15 and 18 and 19 of the Superseding Indictment following a jury trial. Trial is set to commence on the remaining counts on September 12, 2016.

2. Counsel for Stratos believes that preparation of a draft Presentence Investigation Report (PSR) by the Probation Office on the counts of conviction will assist in his preparation of the case, including potential resolution. The United States agrees.

Stipulation re: Referral to Probation Office          1

3. Accordingly, the parties jointly request that this matter be referred to the Probation Office for preparation of a draft PSR with respect to Stratos's conviction on Counts 12-15 and 18 and 19 of the Superseding Indictment.

4. Upon receipt of the draft PSR, the parties will meet and confer about further proceedings with respect to a judgment and sentencing hearing.

IT IS SO STIPULATED AND REQUESTED.

Dated:  March 16, 2016                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Jared C. Dolan*
                                                    TODD A. PICKLES
                                                    JARED C. DOLAN
                                                    Assistant United States Attorneys

Dated: March 16, 2016

                                                     */s/ Thomas A. Johnson*
                                                    THOMAS A. JOHNSON, Esq.

                                                    For Defendant Troy Stratos

**ORDER**

This matter came before the Court on the parties' Stipulation and Request for Referral of the Matter to the Probation Office for Preparation of a Draft Presentence Investigation Report. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT the matter is referred to the Probation Office for preparation of presentence investigation report with respect to defendant Troy Stratos's conviction on Counts 12-15 and 18 and 19 of the Superseding Indictment. The draft report shall be prepared and submitted to the parties on or before April 29, 2016.

IT IS SO ORDERED.

Dated: March 17, 2016

Troy L. Nunley
United States District Judge