UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00537-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| TROY STRATOS, | |
| Defendant. | |

On June 1, 2016, the United States of America ("Government") filed a notice of request to seal a document it intended to file as an exhibit in support of its Motion to Preclude Defendant Troy Stratos from Contacting Witnesses. (ECF No. 267.) At a hearing on June 23, 2016, the Court denied the Government's request to seal the exhibit and ordered that the document be filed on the record. (ECF No. 272.) The Government now moves to withdraw the proposed exhibit, noting that the Court did not rely on the contents of the proposed exhibit in reaching its determination on the Government's underlying motion. (ECF No. 273.) The Government also indicates that counsel for Defendant Troy Stratos does not oppose the request. (ECF No. 273 at 1.)

The Court finds that withdrawal of the exhibit is permissible because the Court did not rely on its contents in making its determination on the merits of the Government's motion. The

1

1  Court further determines that withdrawal is appropriate because counsel for Defendant Troy
2  Stratos does not object to withdrawal of the document.  For these reasons, the Court hereby
3  GRANTS the Government's request to withdraw the proposed exhibit and RESCINDS its June
4  23, 2016 order instructing the Government to file the document on the record.

6  **IT IS SO ORDERED.**

8  Dated: June 29, 2016

   Troy L. Nunley
   United States District Judge

2