THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Troy Stratos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>TROY STRATOS,<br>        Defendant. | Case No.: 2:11-cr-00537-TLN<br><br>STIPULATION AND ORDER FOR AMENDMENT OF BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the briefing schedule should be amended as follows:

| | |
|---|---|
| Motions in Limine filed by: | August 29, 2016 |
| Opposition filed by: | September 2, 2016 |
| Reply filed by: | September 6, 2016 |

Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Attorney for Defendant, both agree to the amended briefing schedule.

**IT IS SO STIPULATED.**


DATE:  August 18, 2016

                                     /s/   Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Matthew Muller

DATED:  August 18, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Thomas A. Johnson for
TODD PICKLES
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 18, 2016

Troy L. Nunley
United States District Judge

2