THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>TROY STRATOS,<br><br>         Defendant. | Case No.: 2:11-cr-00537-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 17, 2016, at 9:30 a.m. is continued to December 8, 2016, at 9:30 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing and the Pre-Sentence Report.  Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: September 22, 2016                By:    /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Troy Stratos

| | | |
|---|---|---|
| 1 | DATED: September 22, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | | By:   /s/ Thomas A. Johnson for |
| 3 | | TODD PICKLES<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: September 23, 2016

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TROY STRATOS,<br><br>　　　　Defendant. | Case No.: 2:11-cr-00537-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | December 8, 2016 |
| Reply or Statement | December 1, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 23, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 17, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 3, 2016 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 27, 2016 |