PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
TODD A. PICKLES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00537-TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO LIFT THE STAY ON THE NEXUS FORFEITURE DETERMINATION; SETTING HEARING FOR DECEMBER 12, 2016 |
| TROY STRATOS,<br>    aka TROY DAVID STAFFORD, | |
| Defendant. | |

The United States and defendant Troy Stratos stipulate to lift the stay on the nexus forfeiture determination, as set forth below.

1.     On December 22, 2015, the United States filed its brief in support of the forfeiture nexus determination and application for preliminary of forfeiture as relates to three vehicles allegedly purchased by Stratos with money stolen from his victims.  ECF No. 245.  Stratos filed a written opposition to the motion prior to oral argument.  ECF No. 247.

2.     At the motion's oral argument on January 14, 2016, defense counsel argued the Court should pause ruling on this motion until the conclusion of the Nicole Murphy fraud, represented by Counts 1-11, 16-17 and 20 of the Superseding Indictment, and his filing of a new trial motion concerning the Facebook fraud convictions.  The Court granted Stratos' request for a stay.

3.     The parties agree that there is no basis to delay ruling on the forfeiture nexus and the

matter should be decided at sentencing, currently scheduled for December 12, 2016.  Stratos has pleaded guilty to the Nicole Murphy counts and his new trial motion was denied by this Court on March 15, 2016, thus the previous grounds for a stay are no longer present.  The United States does not intend to file additional briefing on the nexus issue.  Any supplemental briefing by Stratos will be filed in advance of sentencing proceedings.

Dated:  11/29/2016              PHILLIP A. TALBERT
                                United States Attorney

                                 /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

Dated:  11/29/2016               /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant
                                Troy Stratos

                                As authorized via phone 11/29/2016

## ORDER

For the reasons set forth above, the stay is lifted and a hearing on the nexus forfeiture determination is scheduled for December 12, 2016.

IT IS SO ORDERED.

Dated: November 30, 2016

_____
Troy L. Nunley
United States District Judge