PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00537 TLN |
|---|---|
| Plaintiff, | UNITED STATES'S NOTICE OF THIRD-PARTY REQUEST TO INSPECT AND COPY TRIAL EXHIBITS; ORDER |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

During the trial in this matter, the Court received into evidence certain documents and audio recordings presented by the United States.  Upon the conclusion of the trial, the Court returned copies of these trial exhibits to the United States Attorney's Office to act as the custodian of the exhibits.  The United States has now received two requests from third parties, specifically ESG Capital Partners LP, a plaintiff in the civil matter *ESG Capital Partners, et al., v. Venable, et al.*, 2:13-cv-01639-ODW-SH, and CNBC, to inspect and copy certain of the trial exhibits.  The United States has no objection to making the prosecution's trial exhibits available for inspection and copying to these third parties, with the exception of any documents that contain information whose disclosure is precluded under Local Rule or is otherwise prohibited by law.  The United States, therefore, defers to this Honorable Court as to whether, as the Court's custodian of the exhibits, the United States Attorney's Office is permitted to make the trial exhibits available for inspection and copying by the third parties who have so requested.

Respectfully submitted,

Dated: January 30, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
JARED C. DOLAN
Assistant United States Attorneys

## **ORDER**

Having considered the matter, and for good cause showing, the Court hereby:

  X   GRANTS

_____ DENIES

The United States Attorney's Office permission to make copies of the trial exhibits in the above-captioned matter available for inspection and copying by the third parties who have made requests of the United States.

IT IS SO ORDERED.

Dated: January 31, 2017

Troy L. Nunley
United States District Judge