PHILLIP A. TALBERT
United States Attorney
JASON C. DOLAN
TODD A. PICKLES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TROY STRATOS,<br>   aka TROY DAVID STAFFORD,<br><br>    Defendant. | 2:11-CR-00537-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about December 1, 2016 and December 20, 2016, the Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the Motion for Preliminary Order of Forfeiture and a written plea agreement entered into between plaintiff and defendant Troy Stratos forfeiting to the United States the following property:

      a. 1906 Gaveau Grand Piano;

      b. 2011 Land Rover Range Rover, VIN: SALSH2E40BA285068, California License plate Number: 6JXN583;

      c. 2011 Chevrolet Camaro, VIN: 2G1FK3DJ4B9202771, California License Plate Number: 6TET311; and

      d. 2011 Chevrolet Camaro, VIN: 2G1FK1EJ9B9207614, California License Plate Number 6TNZ418.

///

| | |
|---|---|
| 1 | AND WHEREAS, beginning on December 2, 2016 and December 21, 2016, for at least 30 |
| 2 | consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official |
| 3 | internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of |
| 4 | their right to petition the Court within sixty (60) days from the first day of publication of the notice for a |
| 5 | hearing to adjudicate the validity of their alleged legal interest in the forfeited property. |
| 6 | AND WHEREAS, the United States sent direct written notice by certified mail to the following |
| 7 | individuals known to have an alleged interest in the above-described property: |

a) Adam and Davia Weiner
b) Steven Alan Stafford
c) Soumaya Securities LLC

AND WHEREAS, the parties hereby agree that Adam and Davia Weiner have a legal right, title, or interest in the 1906 Gaveau Grand Piano, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for the Weiner's interest because such interest was vested in them rather than defendant Troy Stratos at the time of the commission of the act which gave rise to the forfeiture of the 1906 Gaveau Grand Piano. *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)).  The parties further agree, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Troy Stratos has in the 1906 Gaveau Grand Piano.

AND WHEREAS, no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

///
///
///
///
///
///
///
///
///

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Troy Stratos.

2. All right, title, and interest in the above-listed property, except for the 1906 Gaveau Grand Piano, shall vest solely in the name of the United States of America.

3. The U.S. Marshal Service shall maintain custody of and control over the subject property, except for the 1906 Gaveau Grand Piano, until it is disposed of according to law.

SO ORDERED this 16th day of May, 2017.

_____
Troy L. Nunley
United States District Judge