M<small>C</small>GREGOR W. SCOTT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00537-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 16, 2020. Docket No. 299. Pursuant to Local Rule, the government's response is due on October 23, 2020, with any reply from the defendant due on October 26, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 3, 2020;

b) The defendant's reply to the government's response to be filed on or before November 12, 2020.

IT IS SO STIPULATED.

Dated: October 23, 2020                       McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ VERONICA M.A. ALEGRÍA
                                              VERONICA M.A. ALEGRÍA
                                              Assistant United States Attorney

Dated: October 23, 2020                       /s/ KAREN LANDAU
                                              KAREN LANDAU
                                              Counsel for Defendant
                                              TROY STRATOS

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 399, 402, is due on or before November 3, 2020;

b) The defendant's reply to the government's response, if any, is due on November 12, 2020.

IT IS SO FOUND AND ORDERED this 23rd day of October, 2020.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE BRIEFING SCHEDULE                        2