MCGREGOR W. SCOTT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 11-cr-0537 TLN AC |
|---|---|
| Plaintiff-Respondent, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| TROY STRATOS, | |
| Defendant-Petitioner. | |

On January 28, 2021, Plaintiff-Respondent United States of America requested a 60-day extension of time to file its response to Defendant-Petitioner Troy Stratos's § 2255 petition.

IT IS HEREBY ORDERED, that Plaintiff-Respondent's request for a 60-day extension, ECF No. 422, is granted. The response is now due April 4, 2021.

DATED: January 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1