McGREGOR W. SCOTT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY STRATOS,<br><br>Defendant. | CASE NO. 2:11-CR-00537-TLN<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR INDICATIVE RULING UNDER FED. R. CRIM. P. 37(a); FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for indicative ruling under Fed. R. Crim. P. 37(a) on February 16, 2021. Docket No. 424. Pursuant to Local Rule, the government's response is due on February 23, 2021, with any reply from the defendant due on February 26, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before February 25, 2021;

b) The defendant's reply to the government's response to be filed on or before March 4, 2021.

IT IS SO STIPULATED.

Dated: February 23, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ VERONICA M.A. ALEGRÍA
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: February 23, 2021

/s/ KAREN LANDAU
KAREN LANDAU
Counsel for Defendant
TROY STRATOS

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 424, is due on or before **February 25, 2021**;

b) The defendant's reply to the government's response, if any, is due on **March 4, 2021**.

**IT IS SO FOUND AND ORDERED** this 23rd day of February, 2021.

Troy L. Nunley
United States District Judge