UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>TROY STRATOS,<br><br>              Defendant. | CASE NO.  2:11-CR-00537-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibit A pertaining to Defendant's Request for Indicative Ruling, Defendant's Exhibit 1 pertaining to Defendant's reply, and Defendant's Requests to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Requests, sealing these documents serves a compelling interest.  The Court further finds

that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of his Notices to Seal, the Court further finds that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by Defendant.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge