KAREN L. LANDAU, CSB # 128728
P.O. Box 6935
Moraga, California 94570-6935
(510) 501-2781 (telephone)
Attorney for Troy Stratos
Email: karenlandau@karenlandau.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY STRATOS,<br><br>    Defendant. | 2: 11-CR-00537-TLN<br><br>Eastern California<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE (AMENDED) |

 Pursuant to Local Rule 141(b) and based upon the representations contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's Exhibit 1 to the Defendant's Motion for Reconsideration, pertaining to defendant Troy Stratos, and defendant's Request to Seal shall be SEALED until further order of this Court.

 It is further ordered that access to the sealed documents shall be limited to the government and the defendant.

 The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defense exhibit serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of the notice of request to seal, the Court

1 further finds that there are no additional alternatives to sealing the defense exhibit that would
2 adequately protect the compelling interests identified.
3   Dated: October 14, 2021

Troy L. Nunley
United States District Judge