KAREN L. LANDAU, CSB # 128728
P.O. Box 6935
Moraga, California 94570-6935
(510) 501-2781 (telephone)
Attorney for Troy Stratos
Email: karenlandau@karenlandau.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY STRATOS,<br><br>    Defendant. | 2: 11-CR-00537-TLN<br><br>ORDER GRANTING EXTENSON OF TIME TO FILE NOTICE OF APPEAL |

PURSUANT TO FED. R. APP. P. 4(b)(4), upon a showing of excusable neglect and good cause appearing, IT IS HEREBY ORDERED THAT DEFENDANT STRATOS IS GRANTED a 30-day extension of time in which to file his notice of appeal from this Court's October 5, 2021, order.

Dated:  October 20, 2021

_____
Troy L. Nunley
United States District Judge