UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-0537-TLN-AC |
|---|---|
| Respondent, | |
| v. | **ORDER** |
| TROY STRATOS, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 418.)

On October 17, 2024, the magistrate judge filed findings and recommendations which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 463.)  The deadline has passed and neither party filed objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). The Court has reviewed the file and finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations, (ECF No. 463), are ADOPTED in full;

      2. The motion to vacate under 28 U.S.C. § 2255, (ECF No. 417), is DENIED;

      3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

      4. The Clerk of the Court is directed to close the companion civil case, No. 2:20-cv-2302-TLN-AC, and to enter judgment.

Date: December 9, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2