TONI WHITE, Bar No. 210119
Attorney at Law
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244
Toniwhite6311@gmail.com

Attorney for Defendant
Troy Stratos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY STRATOS,<br><br>Defendant. | No. 2:11-CR-00537-TLN<br><br>**Order Sealing Exhibits C, D And E to Defendant's Renewed Compassionate Release Motion**<br><br>Hon. Troy L. Nunley |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Troy Stratos, IT IS HEREBY ORDERED that Exhibits C, D and E to Defendant's Renewed Motion for Compassionate Release shall be SEALED until further order of this Court.

**DATED: June 13, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE