MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00537-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S RENEWED MOTION TO REDUCE SENTENCE UNDER; ORDER |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a renewed motion for reduction in sentence pursuant to 18 U.S.C. 3582(c)(2) and U.S.S.G. 1B1.13 on June 9, 2025. Docket No. 466. Pursuant to Local Rule, the government's response was due on June 16, 2025.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before July 7, 2025;

b) The defendant's reply to the government's response to be filed on or before August 6, 2025.

IT IS SO STIPULATED.

Dated:  June 17, 2025                             MICHELE BECKWITH
                                                  Acting United States Attorney


                                                  /s/ VERONICA M.A. ALEGRÍA
                                                  VERONICA M.A. ALEGRÍA
                                                  Assistant United States Attorney


Dated:  June 17, 2025                             /s/ TONI WHITE
                                                  TONI WHITE
                                                  Counsel for Defendant
                                                  TROY STRATOS

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 466, is due on or before July 7, 2025;

b) The defendant's reply to the government's response, if any, is due on August 6, 2025.

IT IS SO FOUND AND ORDERED this 18th day of June, 2025.

_____
Troy L. Nunley
Chief United States District Judge