```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
TROY STRATOS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TROY STRATOS,<br><br>　　　　　Defendant | CASE NO. 2:11-CR-00537 TLN<br><br>**STIPULATION TO SET DATE FOR DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION; ORDER** |

　　　　Defendant TROY STRATOS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney VERONICA M.A. ALEGRIA, hereby stipulate as follows:

　　　　1.　　Mr. Stratos filed a renewed motion for reduction in sentence pursuant to 18 U.S.C. section 3582(c)(2) and U.S.S.G. 1B1.13 on June 9, 2025. *ECF No. 466*. The Government filed its opposition on July 7, 2025. *ECF No. 472*.

　　　　2.　　By this stipulation, defendant now moves to continue the date due for filing of his Reply brief to August 15, 2025. This time is needed to review documents filed by the Government, communicate with Mr. Stratos and draft the Reply. The GOVERNMENT does not oppose this request.

IT IS SO STIPULATED.

Dated: July 15, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Veronica M.A. Alegria*
VERONICA M.A. ALEGRIA
Assistant U.S. Attorney

For the United States

Dated: July 15, 2025

By: */s/ Toni White*
TONI WHITE
For Defendant
Troy Stratos

**O R D E R**

IT IS SO FOUND AND ORDERED on this 16th day of July, 2025.

_____
Troy L. Nunley
Chief United States District Judge