TONI WHITE, Bar No. 210119
Attorney at Law
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244
Toniwhite6311@gmail.com

Attorney for Defendant
Troy Stratos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TROY STRATOS,

Defendant.

No. 2:11-CR-00537-TLN

**Order Sealing Supplemental Declaration and Exhibit A to Defendant's Renewed Compassionate Release Motion (ECF No. 466)**

Hon. Troy L. Nunley

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Troy Stratos, IT IS HEREBY ORDERED that the supplemental declaration and Exhibit A to the supplemental declaration to Defendant's Renewed Motion for Compassionate Release shall be SEALED until further order of this Court.

Dated: November 24, 2026

Troy L. Nunley
Chief United States District Judge